UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Peteru Ralph Taliloa                                     Docket No. 5:14-CR-65-1BR

**Petition for Action on Supervised Release**

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Peteru Ralph Taliloa, who, upon an earlier plea of guilty to Habitual Impaired Driving, 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.5, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on September 8, 2014, to the custody of the Bureau of Prisons for a term of 366 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 12 months.

Peteru Ralph Taliloa was released from custody on March 19, 2015, at which time the term of supervised release commenced.

On August 28, 2015, the court was notified that the defendant admitted to relapsing and using marijuana the weekend of August 8, 2015. The probation office recommended he be allowed to participate in substance abuse treatment with while also continuing in the Surprise Urinalysis Program (SUP). The court concurred.

On September 21, 2015, the court was notified that the defendant tested positive for marijuana on August 24, 2015. This new drug positive was not considered residual use based on the fact that the defendant's drug test on August 11, 2015, returned negative for any illegal substances. The defendant was verbally reprimanded for his poor decision to continue using drugs and the probation office recommended that he be allowed to continue participating in substance abuse treatment including the Surprise Urinalysis Program (SUP), and complete 20 hours of community service. The court concurred.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 30, 2015, the defendant tested positive for marijuana. To address the defendant's continued non-compliance, the probation officer worked with the defendant's treatment provider to determine different strategies to deal with the defendant's struggles with illegal substances. In addition to using marijuana, it was discovered that the defendant has returned back to drinking alcohol. As a result, the probation office is recommending that the defendant be continued in substance abuse treatment, the Surprise Urinalysis Program (SUP), and placed on home detention, with Remote Alcohol Monitoring, for a period up to 90 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Peteru Ralph Taliloa
Docket No. 5:14-CR-65-1BR
Petition For Action
Page 2

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/Maurice J. Foy
Maurice J. Foy
Sr. U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: October 23, 2015

### ORDER OF THE COURT

Considered and ordered this ____23____ day of ____October____, 2015 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge